**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUUL LABS INC.,

                         Plaintiff,                    **SCHEDULING ORDER**

      -against-                                        22 Civ. 3593 (NSR)

BREWSTER SNACK SHOP, INC.,

                        Defendant.
-------------------------------------------------------------X

       On August 26, 2022, the above-captioned matter was reassigned to Magistrate Judge Sarah L. Cave. Therefore, the Status Conference scheduled for September 21, 2022 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy is canceled.

Dated: September 9, 2022
       White Plains, New York

                                                                     **SO ORDERED:**

                                                                     _____
                                                                     JUDITH C. McCARTHY
                                                                     United States Magistrate Judge